# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
DAN MITCHELL V. BLITT & GAINS P.C.

Case Number:
FILED: APRIL 16, 2008
08CV2159     PH
JUDGE CASTILLO
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF DAN MITCHELL

| | |
|---|---|
| NAME (Type or print) | |
| CURTIS C. WARNER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ CURTIS C. WARNER | |
| FIRM | |
| WARNER LAW FIRM, LLC | |
| STREET ADDRESS | |
| 151 N. Michigan Ave. Ste. 3714 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6282197 | 312.238.9820 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |