# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DAN MITCHELL V. BLITT & GAINS, P.C.

Case Number:

```
FILED: APRIL 16, 2008
08CV2159      PH
JUDGE CASTILLO
MAGISTRATE JUDGE MASON
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF DAN MITCHELL

| | |
|---|---|
| NAME (Type or print)<br>DMITRY N. FEOFANOV | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ DMITRY N. FEOFANOV | |
| FIRM<br>ChicagoLemonLaw.com, P.C. | |
| STREET ADDRESS<br>404 Fourth Ave. West | |
| CITY/STATE/ZIP<br>Lyndon, IL 61261 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6224899 | TELEPHONE NUMBER<br>(815) 986-7303 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐