## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2159    Assigned/Issued By: J. N.

Judge Name: CASTILLO    Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____    Receipt #: 2698582_____

Date Payment Rec'd: 4-16-08_____    Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____            ☐ Other
       *(Type of Writ)*                _____
                                       _____
                                       *(Type of issuance)*

1____ Original and 0_____ copies on 4-16-08_____ as to DEFENDANT_____
                                       *(Date)*