# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2159 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Dan Mitchell vs. Blitt & Gains PC | | |

**DOCKET ENTRY TEXT**

After careful review of the case docket, the Court hereby enters a default against defendant Blitt & Gains PC for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to enter any appropriate default judgment. The parties should exhaust all settlement possibilities prior to filing any further pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-02159   Document 8   Filed 05/16/2008   Page 1 of 1

08C2159 Dan Mitchell vs. Blitt & Gains PC                                                                                   Page 1 of 1