IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAN MITCHELL | ) | |
| | ) | 08 C 2159 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| BLITT & GAINS PC, | ) | |
| | ) | |
| Defendant, | ) | |

**NOTICE OF DISMISSAL**

NOW COMES Plaintiff Dan Mitchell by and through his counsel, Warner Law Firm, LLC by Curtis C. Warner, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) dismisses this matter with prejudice.

Respectfully submitted,

s/ Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601

**CERTIFICATE OF SERVICE**

I, Curtis C. Warner, certify that on May 30, 2008, I caused to be filed the Stipulated Notice of Dismissal electronically using the Court's CM/ECF system, which will automatically send notice to those parties who have appeared and are so registered. A copy was sent via US Mail to:

Fred Blitt
661 Glenn Avenue
Wheeling, Illinois 60090

                      Respectfully submitted,

                      s/ Curtis C. Warner
                        Curtis C. Warner

Curtis C. Warner    cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)